IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON FICKENWORTH, | No. C 17-3093 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| V. BAKER; E. SZMACIARZ, | |
| Defendants. | |

Pursuant to the stipulation for voluntary dismissal with prejudice signed by all parties, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: January 29, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE